ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 4:24 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 4:24:58 PM
CHRISTOPHER A. PRINE
Clerk

**HUNTON**

HUNTON ANDREWS KURTH LLP
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL   214 • 979 • 3000
FAX   214 • 880 • 0011

JARRETT L. HALE
DIRECT DIAL: 214 • 979 • 2919
EMAIL: jhale@HuntonAK.com

January 29, 2025

Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     Cause No. 15-24-00042-CV, Oncor Electric Delivery Company LLC v. Public Utility
Commission of Texas; On Appeal from the 200th Judicial District Court, Travis County
Cause No. D-1-GN-23-006507

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to this Court's November 25, 2024 Notice granting Appellant's Unopposed

Motion to Postpone Oral Argument, oral argument in this case will be rescheduled for a date to

be determined.  Jarrett L. Hale serves as lead counsel in this matter. Mr. Hale is not available

for oral argument for the periods of:

- **March 7, 2025 to March 17, 2025; and**

- **May 23, 2025 to June 16, 2025.**

Appellant therefore respectfully requests that this court schedule oral argument on a

date outside the periods indicated above.

Sincerely,

*/s/ Jarrett L. Hale*
Jarrett L. Hale

cc:     All counsel of record (via e-file)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Wester on behalf of Jarrett Hale
Bar No. 24046005
lwester@huntonAK.com
Envelope ID: 96760508
Filing Code Description: Letter
Filing Description: ONCOR NOTICE OF AVAILABILITY FOR ORAL ARGUMENT
Status as of 1/30/2025 7:59 AM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rance Craft | | rance.craft@oag.texas.gov | 1/29/2025 4:24:58 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/29/2025 4:24:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elizabeth Page | | elizabethpage@huntonak.com | 1/29/2025 4:24:58 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tab Urbantke | | turbantke@huntonak.com | 1/29/2025 4:24:58 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 1/29/2025 4:24:58 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 1/29/2025 4:24:58 PM | SENT |
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 1/29/2025 4:24:58 PM | SENT |